# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

MATTHEW WOLFE
a/k/a HALCYON WOLFE,

    *Plaintiff*,

v.                                    Case No.: 4:21cv322-MW/MAF

FLORIDA DEPARTMENT OF
CORRECTIONS, and J. CORNIELS,

    *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 3. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 3, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's case is **DISMISSED without prejudice** to Plaintiff's refiling an action if Plaintiff simultaneously submits the $402.00 filing fee." The Clerk is further directed to note

on the docket that this cause is dismissed pursuant to 28 U.S.C. § 1915(g). The Clerk shall close the file.

**SO ORDERED on September 3, 2021.**

s/Mark E. Walker             
**Chief United States District Judge**
